IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER M. BERGNE, | 1:11-cv-01002-SKO-(HC) |
| Petitioner, | ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
| vs. | |
| TERRI GONZALEZ, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, the petitioner is challenging a decision of California's Board of Parole Hearings made after a hearing held at California Men's Colony East, where Petitioner is housed. California Men's

1 | Colony East is located in San Luis Obispo, California, which in turn is in the Central District of
2 | California. Therefore, the petition should have been filed in the United States District Court for the
3 | Central District of California. In the interest of justice, a federal court may transfer a case filed in the
4 | wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932
5 | (D.C. Cir. 1974).

6 | Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
7 | District Court for the Central District of California.

8 | IT IS SO ORDERED.

9 | **Dated:    June 21, 2011**              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE