JS - 6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER BERGNE,<br><br>    Petitioner,<br><br>    v.<br><br>TERRI GONZALEZ, WARDEN,<br><br>    Respondent. | Case No. CV 11-5223-CAS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 26, 2011

*Christina A. Snyder*
Christina A. Snyder
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY