JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PETER BERGNE,

    Petitioner,

v.

TERRI GONZALEZ, WARDEN,

    Respondent.

Case No.  CV 11-5223-CAS (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 26, 2011

Christina A. Snyder
United States District Judge

